UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGETT WRIGHT,

       Plaintiffs,                      Case No. 2:24-cv-11121

v.                                         Honorable Susan K. DeClercq
                                           United States District Judge
CEDRIC LAMAR RICHARDSON et al.,

       Defendants.
_____/

**ORDER DIRECTING PLAINTIFF EITHER TO FILE PROOF OF SERVICE OF PROCESS OR TO PERFECT SERVICE OF PROCESS**

On April 26, 2024, this case was transferred from the Eastern District of Texas to the Eastern District of Michigan. *See* ECF No. 23, *Wright v. Richardson*, No. 4:24-CV-000304 (E.D. Tex. filed Apr. 26, 2024).

Plaintiff has until July 9, 2024, to perfect service of process. *See* FED. R. CIV. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."); ECF No. 1, *Wright v. Richardson*, No. 4:24-CV-000304 (E.D. Tex. filed Apr. 9, 2024); *see also* E.D. Mich. LR 41.2. Summons were issued in the Texas case, but neither that nor this docket demonstrate whether service has been perfected. So Plaintiffs will be directed either (1) to file proof of service on the docket in this

case or (2) to serve process on Defendants **on or before July 9, 2024**. If Plaintiff fails to do so, then the case will be dismissed under Civil Rules 4(m) and 41(b).[1]

Accordingly, it is **ORDERED** that Plaintiff is **DIRECTED** to file the Proofs of Service for each Defendant that has been served on the docket in this case **on or before May 20, 2024**.

Further, it is **ORDERED** that, with respect to each Defendant for which a Proof of Service has not been filed on the docket by May 20, 2024, Plaintiff is **DIRECTED** to present the Clerk's Office with three completed summonses for reissuance and to serve the summonses on Defendants on or before July 9, 2024, in full compliance with Federal Civil Rule 4 and Michigan Court Rule 2.105. The summonses must include the Eastern District of Michigan case number: 2:24-cv-11121. After Plaintiffs have perfected service of the complaint and summonses upon Defendants, Plaintiffs must prove it by filing Proof of Service on the docket in this case. If Plaintiffs fail any of these obligations, the above-captioned case will be dismissed without prejudice under Civil Rules 4(m) and 41(b).

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: 5/10/2024

---

[1] "To avoid dismissal, Plaintiff must [demonstrate] good cause for failing to serve process . . . ." *Koehn v. 313 Presents, LLC*, 649 F. Supp. 3d 465, 467 (E.D. Mich. 2023) (citing *Friedman v. Est. of Presser*, 929 F.2d 1151, 1157 (6th Cir. 1991)).